Michael Luskin (ML 3957)
Luskin, Stern & Eisler LLP
330 Madison Avenue, Suite 3400
New York, NY 10017
Telephone: (212) 293-2700
Fax: (212) 293-2705
Email: mluskin@lse-law.com



# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-60200-BRL |
| CALPINE CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | District Court |
| | ) | Case No. 07-_____ |

## RULE 7.1 STATEMENT OF THE CALIFORNIA DEPARTMENT OF WATER RESOURCES

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the **CALIFORNIA DEPARTMENT OF WATER RESOURCES** certifies that it is a governmental party, and that it has no corporate parents, affiliates and/or subsidiaries.

Dated: August 1, 2007
New York, New York

**LUSKIN, STERN & EISLER LLP**

By: /s/ Michael Luskin
Michael Luskin (ML 3957)

330 Madison Avenue, Suite 3400
New York, NY 10017
Telephone: (212) 293-2700
Fax: (212) 293-2705
Email: mluskin@lse-law.com

{W0809600.1}